UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Collin Myrlie,

       Plaintiff,

v.                                                     Civil No. 09-1441 (JNE/AJB)
                                                     ORDER

Countrywide Bank and Countrywide
Home Loans subsidiary of Bank of
America (f/k/a Countrywide Financial
Corporation) Headquarters in Calabasas
CA, USA, a New York Corporation,

       Defendants.

This case is before the Court on a Report and Recommendation issued on December 30, 2010, by the Honorable Arthur J. Boylan, Chief United States Magistrate Judge. The magistrate judge recommended granting summary judgment in favor of Defendants Countrywide Bank and Countrywide Home Loans (collectively Countrywide) and dismissing this action with prejudice. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 53]. Therefore, IT IS ORDERED THAT:

1.     Countrywide's motion for summary judgment [Docket No. 26] is GRANTED.

2.     This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 23, 2011

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge